■ ANIBAL CRUZ, Plaintiff, v CHRIS FARMS, Also Known as YOUNGS RAE PARK, Appellant, and THEODORE BOUZALAS, Respondent. [736 NYS2d 615] —In an action to recover damages for personal injuries, the defendant Chris Farms appeals from so much of an order of the Supreme Court, Kings County (Rap- paport, J.), dated July 31, 2001, as granted the motion of the defendant Theodore Bouzalas for summary judgment dismiss- ing the appellant's cross claims insofar as asserted against him.

Ordered that the order is affirmed insofar as appealed from, with costs.

The plaintiff allegedly was injured when he was struck by snow and ice which fell from an awning over the appellant's store. We agree with the Supreme Court that the awning in question could not be considered a "public portion" of the build- ing within the meaning of the lease between the appellant and the respondent building owner. Thus, under the terms of the

lease, the appellant was obligated to indemnify the respondent for the plaintiff's alleged injuries. Thus, the appellant's cross claims against the respondent were properly dismissed. Florio, J.P., S. Miller, Friedmann, Adams and Prudenti, JJ., concur.